```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

AMDIJA KUCEVIC,                         :

            Plaintiff,              :       **ORDER**

     - against -                      :       07 Civ. 7213 (DC)

BUILDING SERVICE 32-BJ                  :
PENSION FUND et ano.,
                                :

            Defendants.
                                :
- - - - - - - - - - - - - - - - - -x

**CHIN, D.J.**

       Plaintiff commenced this action on August 13, 2007 by filing a complaint, at which time a summons was issued. More than 120 days have elapsed since the action was commenced, and plaintiff has failed to file an affidavit of service with the Court attesting to service of the summons and complaint on the defendants. Accordingly, this action will be dismissed without prejudice unless plaintiff, within thirty days from the date of this order, that is, on or before March 7, 2008 either (1) file proof of service with the Clerk of the Court, or (2) show cause in writing why a further extension of the time limit for service is warranted. See Fed. R. Civ. P. 4(m).

       SO ORDERED.

Dated:    New York, New York
            February 6, 2008

                                              DENNY CHIN
                                              United States District Judge