UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AMDIJA KUCEVIC,                                            NOTICE OF
                                                           DISCONTINUANCE
                      Plaintiff,

              v.                                           07-CV-7213 (DC)

BUILDING SERVICE 32B-J PENSION FUND
  and THE BOARD OF TRUSTEES of the
BUILDING SERVICE 32B-J PENSION FUND,

                    Defendants.
------------------------------------------------------------X

      This matter having been amicably settled by and between the parties, whereby (*inter alia*) defendants' denial of plaintiff's claim for disability pension benefits shall be reopened (with and new and material evidence considered by defendants), is hereby discontinued with prejudice, without, however, prejudicing plaintiff from bringing subsequent legal challenge should defendants once again decline disability pension benefits.

Dated:  Woodbury, New York
          February 26, 2008

                                      Yours,
                                      Fusco, Brandenstein & Rada, P.C.
                                      Attorneys for Plaintiff
                                      180 Froehlich Farm Boulevard
                                      Wodbury, New York 11797
                                      (516) 496-0400

                                      By:    /s/_____
                                                 Aba Heiman, Esq. (AH-3728)