

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AMDIJA KUCEVIC,

                Plaintiff,

         v.

BUILDING SERVICE 32B-J PENSION FUND
and THE BOARD OF TRUSTEES of the
BUILDING SERVICE 32B-J PENSION FUND,

                Defendants.
------------------------------------------------------------X

NOTICE OF
DISCONTINUANCE

07-CV-7213 (DC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/2008

    This matter having been amicably settled by and between the parties, whereby (*inter alia*) defendants' denial of plaintiff's claim for disability pension benefits shall be reopened (with and new and material evidence considered by defendants), is hereby discontinued with prejudice, without, however, prejudicing plaintiff from bringing subsequent legal challenge should defendants once again decline disability pension benefits.

Dated: Woodbury, New York
         February 26, 2008



SO ORDERED.
USDJ 3/17/08

Yours,
Fusco, Brandenstein & Rada, P.C.
Attorneys for Plaintiff
180 Froehlich Farm Boulevard
Wodbury, New York 11797
(516) 496-0400

By: /s/ _____
     Aba Heiman, Esq. (AH-3728)

